PETER L. CARR, IV (#256104)
pcarr@thePLClawgroup.com
NA'SHAUN L. NEAL (#284280)
nneal@thePLClawgroup.com
LAUREN K. MCRAE (#331296)
lmcrae@thePLClawgroup.com
**PLC LAW GROUP, APC**
3756 SANTA ROSALIA DR., SUITE 326
LOS ANGELES, CA 90008
TELEPHONE: (310) 400-5890
FACSIMILE: (310) 400-5895
Attorneys for Plaintiff Armando Munoz

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO VALENCIA MUNOZ, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF COSTA MESA; BRIGHT BRISTOL STREET, LLC; OFFICER S. DEAN (P705); OFFICER K.A. SAPIDA (P699); OFFICER B.N. OSBORNE (P704); OFFICER S. BAKER (P967); OFFICER A. BROWN (P702); OFFICER C.M. MCMORRIS (P641); OFFICER J.W. CHARTIER (P615); DESIRE BOSTON; and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01959 JWH (ADSx)<br><br>**NOTICE OF SETTLEMENT**<br><br><br>Complaint Filed:　October 17, 2023<br>Trial Date:　　　　July 28, 2025 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:**

　　PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that the parties have reached a settlement of this entire case for specified amounts.

The settlements are between the Plaintiff Armando Valencia Munoz ("Plaintiff"), Defendants City of Costa Mesa, Officer S. Dean, Officer K.A. Sapida, Officer B.N. Osborne, Officer A. Brown, Officer C.M. McMorris, Officer J.W. Chartier (Collectively "City Defendants") and Plaintiff and Defendants Bright Bristol Street, LLC and Desire Boston (Collectively "Bright Bristol Street Defendants"), respectively. The settlement with the Bright Bristol Street Defendants is finalized. Upon finalization of the settlement with the City Defendants, the entire case shall be dismissed with prejudice. All parties intend to file a Stipulation for Dismissal of the operative Complaint with Prejudice pursuant to the settlement of this matter within 60 days of the finalization of the settlement with the City Defendants.

Dated: March 25, 2025                    PLC LAW GROUP APC


                                         By:  */s/ Peter L. Carr IV*
                                              Peter L. Carr, IV
                                              Na'Shaun Neal
                                              Lauren K. McRae
                                              Attorneys for Plaintiff
                                              Armando Valencia Munoz